```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              CENTRAL DIVISION AT LEXINGTON
```

CIVIL ACTION NO. 2020-348 - WOB

SOPHIA J. QUILL                                      PETITIONER

VS.                        <u>ORDER</u>

ATTORNEY GENERAL                                     RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 14) of the Magistrate Judge, and petitioner having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court. 1) That the Petition for Writ of Habeas Corpus (Doc. 8) be, and is hereby, **DISMISSED WITH PREJUDICE** for lack of subject-matter jurisdiction and any certificate of appealability be, and hereby is **DENIED**. A separate Judgment shall enter concurrently herewith.

This 1st day of June 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge